# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| Jamila Smith, | ) Case No.  2:16-cv-441 |
| Plaintiff, | ) ) Judge Algenon Marbley |
| vs. | ) ) Magistrate Judge Elizabeth Preston |
| Diversity Search Group, LLC, et al., | ) Deavers ) |
| Defendants. | ) ) |

## STIPULATED ORDER OF DISMISSAL

The Court hereby dismisses the claims of Plaintiff with prejudice, with each side to bear its own costs and attorneys' fees, except as set forth in the parties' Settlement Agreement (Doc. No. 15-1). The Court finds there is no just reason for delay and directs the Clerk of the Court to enter this Stipulated Order immediately. Consistent with *Kokkonen v. Guardian Life Ins. Co. of America*, 511 U.S. 375 (1994), the parties agree that the Court shall retain jurisdiction to enforce the terms of this dismissal.

**SO ORDERED.**

Date:  January 18, 2017                                         s/Algenon L. Marbley
                                                                                Algenon Marbley
                                                                                United States District Judge

Stipulated and Agreed to By:

| | |
|---|---|
| */s/ Matthew J.P. Coffman*_____ | */s/ Julie M. Young*_____ |
| Matthew J.P. Coffman (0085586) | Julie Young (0070899) |
| **Coffman Legal, LLC** | The Law Office of Julie M. Young, LLC |
| 1457 S. High Street | 659 High St. |
| Columbus, Ohio 43207 | Worthington, OH 43085 |
| Phone:  (614) 949-1181 | P (614) 842-3314 |
| Fax:  (614-386-9964 | julie@julieyounglaw.com |
| mcoffman@mcoffmanlegal.com | *On Behalf of Defendants DSG and Mr. Sherald* |
| | |
| Daniel I. Bryant (0090859) | |
| **BRYANT LEGAL, LLC** | |
| 1457 S. High St. | |
| Columbus, Ohio 43207 | |
| Phone:  (614) 704-0546 | |
| Fax:  (614-573-9826 | |
| dbryant@bryantlegalllc.com | |

*Attorneys for Plaintiff Jamila Smith*